## DUKE POWER COMPANY, RESPONDENT, v. STATE BOARD OF TAX APPEALS ET AL., APPELLANTS.

Submitted October 29, 1943—Decided March 9, 1944.

For the respondent, *Pitney, Hardin & Ward.*

For the appellants, *Edward R. McGlynn* and *W. Eddy Heath.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.